An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ABBI SILVER, DISTRICT JUDGE,

Respondents,

and

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1; INDYMAC FEDERAL BANK, FSB; NATEETIP BOSUWAN, AN INDIVIDUAL; AND SOMPOB BOSUWAN, AN INDIVIDUAL,

Real Parties in Interest.

No. 63511

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

Pursuant to the parties' stipulation, this writ petition is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). In light of this order, we vacate the temporary injunction imposed by our July 8 and 19, orders.

It is so ORDERED.

_____, A.C.J.

cc: Hon. Abbi Silver, District Judge
Howard Kim & Associates
Meier & Fine, LLC
Nateetip Bosuwan
Sompob Bosuwan
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21552